**FILED**

MAR 20 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 23CR155 |
| v. | Violation: Title 18, United States Code, Section 641 |
| JOY SIA | JUDGE SHAH |
| | Magistrate Judge Jantz |

The SPECIAL MAY 2022 GRAND JURY charges:

Beginning no later than in or around April 2018 and continuing through in or around March 2020, at Carpentersville, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOY SIA,

defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to her own use money of the United States, namely, approximately $23,171 in funds administered by the Social Security Administration, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_____
FOREPERSON

_____
signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY