IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:23-cr-00155-1 |
| | ) | Magistrate Judge Beth W. Jantz |
| JOY SIA | ) | |
|     Defendant. | ) | |

**ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f)**

    Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court confirms the government's continuing obligation to disclose to the accused favorable evidence as to guilt or punishment under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

    Entered on 4/11/2023:

/s/ _____

U.S. MAGISTRATE JUDGE BETH W. JANTZ