UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 23 CR 155 |
| v. ) | |
| ) | Honorable Manish S. Shah |
| JOY SIA ) | |

**JOINT STATUS REPORT**

The parties jointly submit the following status report:

On March 20, 2023, defendant was charged by indictment with one count of theft of government funds pursuant to Title 18, United States Code, Section 641. Dkt. 1. On April 11, 2023, defendant appeared before Magistrate Judge Beth W. Jantz for her initial appearance and arraignment. Dkt. 7. At the hearing, defendant was released on bond, and the parties were directed to file a joint status report by May 11, 2023. *Id.*

Since defendant's initial appearance and arraignment, the government has provided defense counsel with discovery pursuant to Rule 16.1 Defense has begun reviewing the materials. At this time, there is no specific outstanding defense discovery request.

Accordingly, the parties request that the Court continue the case for 60 days, which will allow defense counsel with the opportunity to continue reviewing the evidence in this matter, and to assess whether any pretrial motions are necessary. The parties have conferred and counsel for the defendant consents to the filing of this

joint status report on their behalf by the government. The parties agree to the exclusion of time under the Speedy Trial Act in the interest of justice.

Dated: May 9, 2023                  Respectfully submitted,

                                               MORRIS PASQUAL
                                               Acting United States Attorney

By:    */s/ Niranjan Emani*
        NIRANJAN EMANI
        Special Assistant U.S. Attorney
        219 South Dearborn Street, Fifth Floor
        Chicago, Illinois 60604
        (312) 886-7629